IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

MARCUS BRENT FIELDS,

    Plaintiff,

v.                                       2:25-CV-103-Z-BR

UNKNOWN DEFENDANTS,

    Defendants.

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION**

Before the Court are the Findings, Conclusions, and Recommendation ("FCR") of the United States Magistrate Judge to dismiss this case as three-strikes barred. No objections to the FCR have been filed. After making an independent review of the pleadings, files, and records in this case, the District Judge concludes that the FCR of the Magistrate Judge is correct. ECF No. 4. It is therefore **ORDERED** that the FCR of the Magistrate Judge is **ADOPTED** and this case is hereby **DISMISSED** without prejudice.

**SO ORDERED.**

June 3, 2025

                                                      MATTHEW J. KACSMARYK
                                                      UNITED STATES DISTRICT JUDGE